692

## DEWA MARON *v.* GIRARD TRUST COMPANY,
### EXECUTOR, ET AL.

[No. 32, April Term, 1935]

*Decided June 18th, 1935.*

The cause was arguèd before BOND, C. J., URNER, OFFUTT, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*John B. Gest,* for the appellant.

*George M. Brady,* with whom were *Eugene A. Edgett* and *Maloy, Brady & Yost,* on the brief, for the appellees.

SLOAN, J., delivered the opinion of the Court.